ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Section Chief
KIERAN F. O'NEIL, Trial Attorney (AK Bar No. 2311132)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 598-0409
Fax: (202) 305-0275
E-mail: Kieran.O'Neil@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILD FISH CONSERVANCY,<br><br>*Plaintiff*,<br><br>    v.<br><br>U.S. DEPARTMENT OF COMMERCE; HOWARD W. LUTNICK, in his official capacity as Secretary of the U.S. Department of Commerce; NATIONAL MARINE FISHERIES SERVICE; and EUGENIO PIÑEIRO SOLER, in his official capacity as Director of the National Marine Fisheries Service,<br><br>    *Defendants*. | Case No. 1:25-cv-01401-TNM |

### JOINT MOTION TO ENTER SETTLEMENT AGREEMENT

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Wild Fish Conservancy

("Plaintiff") and Defendants the U.S. Department of Commerce, Howard W. Lutnick, in his

official capacity as Secretary of the U.S. Department of Commerce, the National Marine

1

Fisheries Service ("Service"), and Eugenio Piñeiro Soler, in his official capacity as Director of the Service (collectively, "Defendants"), respectfully request that the Court enter the attached Stipulated Settlement Agreement ("Agreement") as an Order of the Court, order the Parties to comply with the terms of the Agreement, and dismiss this action with prejudice.

The Agreement, if entered as an Order of the Court, resolves all Plaintiff's claims raised in its Complaint and dismisses all counts of Plaintiff's Complaint with prejudice, except that the Parties respectfully request that the Court retain jurisdiction to oversee any motion for attorneys' fees and costs, compliance with the terms of this Agreement, and resolution of any motions to modify the terms of this Agreement, subject to the dispute resolution procedures specified in Paragraph 4 of the Agreement. As provided for in Paragraph 5 of the Agreement, the Parties also stipulate and respectfully request that the Court extend the deadline under Federal Rule of Civil Procedure 54(d) for Plaintiff to file a motion for an award of attorneys' fees and costs to ninety (90) days of entry of the order by this Court approving the Agreement.

Respectfully submitted this 27th day of February, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
NICOLE SMITH, Assistant Section Chief

By:  s/  *Kieran F. O'Neil*
KIERAN F. O'NEIL, Trial Attorney
AK Bar No. 2311132
U.S. Department of Justice
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel:    (202) 598-0409
Fax:    (202) 305-0275

2

Email: Kieran.O'Neil@usdoj.gov

*Attorneys for Defendants*


By:  s/  *Brian A. Knutsen (with permission)*
Brian A. Knutsen
Oregon State Bar No. 112266
Kampmeier & Knutsen, PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515
brian@kampmeierknutsen.com

By:  s/  *William S. Eubanks II (with permission)*
William S. Eubanks II
DC Bar No. 987036
Eubanks & Associates, PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(970) 703-6060
bill@eubankslegal.com

*Attorneys for Plaintiff Wild Fish Conservancy*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2026, I electronically filed the foregoing with the

Clerk of the Court for the United States District Court for the District of Columbia using the

CM/ECF system, which will send notification of such to the attorneys of record.

*/s/   Kieran F. O'Neil*
KIERAN F. O'NEIL, Trial Attorney
AK Bar No. 2311132
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Phone:   (202) 598-0409
Fax:       (202) 305-0275
E-mail:  Kieran.O'Neil@usdoj.gov

*Attorney for Defendants*